# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>YESENIA IVETTE MARTINEZ(3),<br><br>                    Defendant. | CASE NO. 12CR0056-L<br><br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in case 12CR0287-L against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Information:

     21:841(a); 18:2

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/26/2012

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge